THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALBERT SCHLEICHER, Appellant.

Argued February 25, 1947; decided April 11, 1947.

*Robert Konove* and *William Gold* for appellant.

*Samuel J. Foley*, District Attorney (*George Tilzer* and *Herman J. Fliederblum* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.